IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE ROBERSON,

        Plaintiff,                    No. CIV S-06-0484 GEB PAN P

    vs.

ALICA LOPEZ,

        Defendant.                ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On April 17, 2006, and May 1, 2006, the United States Postal Service returned mail sent to plaintiff. On May 4, 2006, the court recommended this action be dismissed for plaintiff's failure to notify the court of his new address.

        Plaintiff has notified the court of his new address.

        Accordingly, IT IS HEREBY ORDERED that the May 4, 2006, findings and recommendations are vacated.

DATED: May 10, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\robe0484.vac f&r