IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE L. ROBERSON,

    Plaintiff,                    No. CIV S-06-0484 GEB PAN P

    vs.

ALICE LOPEZ,

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 30, 2006, plaintiff filed a request to join his claims against Nurse Brobrick in the instant action. Plaintiff states his grievance against Nurse Brobrick is at its final level of administrative review.

        Plaintiff is advised that he may not join his claims against Nurse Brobrick in the instant action. Under the law of this circuit, plaintiff must exhaust his administrative remedies prior to bringing suit in federal court. See McKinney v. Carey, 311 F.3d 1198, 1199 (9th Cir. 2002). Because plaintiff concedes he is presently exhausting his administrative remedies with regard to Nurse Brobrick, he will be unable to add his claims against her in this proceeding. Plaintiff must raise those claims, if at all, in a new action.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 30, 2006 request is denied.

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; robe0484.joi